**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| COMMONWEALTH OF PUERTO RICO, through its Attorney General,<br><br>Plaintiff,<br><br>v.<br><br>EXXON MOBIL CORPORATION; BP P.L.C.; CHEVRON CORPORATION; CHEVRON PHILLIPS CHEMICAL PUERTO RICO CORE, LLC; CONOCOPHILLIPS; SHELL PLC; STATION MANAGERS OF PUERTO RICO, INC.; TOTALENERGIES; and TOTALENERGIES MARKETING PR CORP.,<br><br>Defendants. | Case No. 3:24-cv-01393 |

**NOTICE OF FILING OF EXHIBITS IN SUPPORT OF NOTICE OF REMOVAL**

TO THE HONORABLE COURT:

COMES NOW Defendant Chevron Corporation ("Chevron") and respectfully submits **Exhibits 26-50** in support of its Notice of Removal.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 30th day of August 2024.

By: */s/ Roberto C. Quiñones-Rivera*
Roberto C. Quiñones-Rivera

Roberto C. Quiñones-Rivera
USDC-PR Bar No. 211512
Eduardo A. Zayas-Marxuach
USDC-PR Bar No. 216112
Myrgia M. Palacios-Cabrera
USDC-PR Bar No. 230807
MCCONNELL VALDÉS LLC
P.O. Box 364225
San Juan, PR 00936-4225
Telephone: 787-250-2631
Facsimile: 787-474-9201

Email: rcq@mcvpr.com
Email: ezm@mcvpr.com
Email: mpc@mcvpr.com

GIBSON, DUNN & CRUTCHER LLP
Theodore J. Boutrous, Jr., *pro hac vice forthcoming*
  tboutrous@gibsondunn.com
William E. Thomson, *pro hac vice forthcoming*
  wthomason@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

Joshua D. Dick, *pro hac vice forthcoming*
  jdick@gibsondunn.com
555 Mission Street
San Francisco, CA 94105
Telephone: 415.393.8200
Facsimile: 415.374.8451

Thomas G. Hungar, *pro hac vice forthcoming*
  thungar@gibsondunn.com
1050 Connecticut Ave., N.W.
Washington, DC 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

Andrea E. Smith, *pro hac vice forthcoming*
  aesmith@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone: 212.351.4000
Facsimile: 212.351.4035

SUSMAN GODFREY L.L.P.
Erica W. Harris, *pro hac vice forthcoming*
  eharris@susmangodfrey.com
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: 713.651.9366
Facsimile: 713.654.6666

*Attorneys for Defendants*
*Chevron Corporation and Chevron U.S.A. Inc.*

## CERTIFICATE OF SERVICE

This certifies that on August 30, 2024, all counsel of record have been served a copy of the foregoing document through the Court's CM/ECF service.

In San Juan, Puerto Rico, this 30th day of August 2024.

>  */s/ Roberto C. Quiñones-Rivera*
> Roberto C. Quiñones-Rivera
> USDC-PR Bar No. 211512
> rcq@mcvpr.com