AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| Commonwealth of Puerto Rico | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:24-cv-01393-ADC |
| Exxon Mobil Corporation, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Chevron Corporation.

Date: 09/04/2024

s/ Eduardo A. Zayas-Marxuach
*Attorney's signature*

Eduardo A. Zayas-Marxuach
*Printed name and bar number*
McConnell ValdØs LLC
P.O. Box 364225
San Juan, Puerto Rico 00936-4225

*Address*

ezm@mcvpr.com
*E-mail address*

(787) 759-9292
*Telephone number*

(787) 759-8282
*FAX number*