## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| COMMONWEALTH OF PUERTO RICO, through its Attorney General,<br><br>Plaintiff,<br><br>v.<br><br>EXXON MOBIL CORPORATION; BP P.L.C.; CHEVRON CORPORATION; CHEVRON PHILLIPS CHEMICAL PUERTO RICO CORE, LLC; CONOCOPHILLIPS; SHELL PLC; STATION MANAGERS OF PUERTO RICO, INC.; TOTALENERGIES; and TOTALENERGIES MARKETING PR CORP.,<br><br>Defendants. | **Case No. 3:24-cv-01393-ADC** |

## CORPORATE DISCLOSURE STATEMENT BY
## DEFENDANT STATION MANAGERS OF PUERTO RICO, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Civil Rule 7.1, Defendant Station Managers of Puerto Rico, Inc. hereby makes the following disclosures:

Station Managers of Puerto Rico, Inc. is a wholly owned indirect subsidiary of Shell plc, a public limited company organized under the laws of England and Wales. No other publicly held company owns 10 percent or more of the stock of Station Managers of Puerto Rico, Inc.

This statement is filed solely for purposes of complying with Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1, and in order that the Judges of this Court may determine the need for recusal. This statement is not intended to operate as an admission of any factual or legal conclusion and is submitted subject to and without waiver of any defense, affirmative

defense, or objection, including, but in no way limited to, venue, service, and personal jurisdiction.

DATED:  September 6, 2024               Respectfully submitted,

**O'Neill & Borges** LLC
*Attorneys for Defendant*
*Station Managers of Puerto Rico, Inc.*
250 Muñoz Rivera Avenue, Suite 800
San Juan, Puerto Rico 00918-1813
Tel. (787) 764-8181 | Fax. (787) 753-8944

*s/Carlos A. Valldejuly*
Carlos A. Valldejuly Sastre
USDC No. 209505
carlos.valldejuly@oneillborges.com

*s/José J. Colón García*
José J. Colón García
USDC No. 308010
jose.colon@oneillborges.com