AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

| | | |
|---|---|---|
| Commonwealth of Puerto Rico, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:24-cv-01393-ADC |
| Exxon Mobil Corporation, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Chevron Corporation                                          .

Date:   09/10/2024                                  s/ Myrgia M. Palacios-Cabrera
                                                             *Attorney's signature*

                                                         Myrgia M. Palacios-Cabrera
                                                         *Printed name and bar number*
                                                            McConnell Valdes LLC
                                                               POBox 364225
                                                          San Juan PR 00936-4225

                                                                  *Address*

                                                              MPC@mcvpr.com
                                                             *E-mail address*

                                                              (787) 250-5602
                                                            *Telephone number*

                                                              (787) 759-8282
                                                                *FAX number*