**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| COMMONWEALTH OF PUERTO RICO, through its Attorney General,<br><br>*Plaintiff,*<br><br>v.<br><br>EXXON MOBIL CORP., et al.,<br><br>*Defendants.* | Case No. 3:24-cv-01393-ADC |

### **DEFENDANT BP P.L.C.'S MOTION CONFIRMING CONSENT TO REMOVAL**

**TO THE HONORABLE COURT:**

**COMES NOW,** Defendant BP p.l.c. ("BP"), through the undersigned legal representation, and—without submitting to this Court's jurisdiction—respectfully states and prays as follows:

1. On August 30, 2024, defendant Chevron Corporation filed a Notice of Removal, thus removing the above-captioned case to this Court pursuant to 28 U.S.C. §§ 1367(a), 1369, 1441, 1442, and 1446. *See* **Docket Entry No. 1**.

2. In light of the above, and without waiving or renouncing any defenses, BP hereby confirms its consent to the Notice of Removal at **Docket Entry No. 1**.

3. Moreover, BP agrees to and joins the Joint Motion Regarding Motion to Remand Briefing at **Docket Entry No. 9**.

4. BP reserves all its rights, including, without limitation, any defense, affirmative defense, and objection, including to venue, personal jurisdiction, insufficient process, and/or insufficient service of process.

**WHEREFORE,** Defendant BP respectfully requests that this Court take notice of the foregoing for all legal purposes.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 10th day of October 2024.

**I HEREBY CERTIFY**: That on this date a true and exact copy of the foregoing motion has been filed with the Clerk of Court using the CM/ECF system, which automatically serves notification of the filing to all attorneys of record.

**ADSUAR**

*/s/ Eric Pérez-Ochoa*
Eric Pérez-Ochoa
USDC-PR No. 206314
Luis A. Oliver-Fraticelli
USDC-PR No. 209204
Sharlene Malavé Vallines
USDC-PR 227409
P.O. Box 70294
San Juan, P.R. 00936-8294
Telephone: 787.281.1813
Facsimile: 787.756.9010
epo@amgprlaw.com
loliver@amgprlaw.com
smalave@amgprlaw.com

*Attorneys for Defendant BP p.l.c.*