### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **COMMONWEALTH OF PUERTO RICO**, through its Attorney General,<br><br>*Plaintiff,*<br><br>v.<br><br>**EXXON MOBIL CORP., et al.**,<br><br>*Defendants.* | **Case No. 3:24-cv-01393-ADC** |

### DEFENDANT EXXON MOBIL CORPORATION'S MOTION CONFIRMING CONSENT TO REMOVAL

**COMES NOW,** Defendant Exxon Mobil Corporation ("ExxonMobil"), through the undersigned legal representation, and—without submitting to this Court's jurisdiction—respectfully states and prays as follows:

1. On August 30, 2024, defendant Chevron Corporation filed a Notice of Removal, thus removing the above-captioned case to this Court pursuant to 28 U.S.C. §§ 1367(a), 1369, 1441, 1442, and 1446. *See* Docket No. 1.

2. In light of the above, and without waiving or renouncing any defenses, ExxonMobil hereby confirms its consent to the Notice of Removal at Docket No. 1.

3. Moreover, ExxonMobil agrees to and joins the Joint Motion Regarding Motion to Remand Briefing at Docket No. 9.

4. ExxonMobil reserves all its rights, including, without limitation, any defense, affirmative defense, and objection, including to venue, personal jurisdiction, insufficient process, and/or insufficient service of process.

**WHEREFORE,** Defendant Exxon Mobil Corporation respectfully requests that this Court take notice of the foregoing for all legal purposes.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 10th day of October 2024.

**I HEREBY CERTIFY**: That on this date a true and exact copy of the foregoing document has been filed with the Clerk of Court using the CM/ECF system, which automatically serves notification of the filing to all parties of interest.

*/s/ Néstor M. Méndez Gómez*
Néstor M. Méndez Gómez
USDC-PR No. 118409
*/s/ María D. Trelles Hernández*
María D. Trelles Hernández
USDC-PR Bar No. 225106
PIETRANTONI MENDEZ & ALVZREZ LLC
Popular Center, 19th Floor
208 Ponce de Léon Ave.
San Juan, Puerto Rico 00918
Telephone: (787) 274-1212
Facsimile: (787) 274-1470
Email: nmendez@pmalaw.com
Email: mtrelles@pmalaw.com

Theodore V. Wells, Jr. (*pro hac vice forthcoming*)
Daniel J. Toal (*pro hac vice forthcoming*)
Yahonnes Cleary (*pro hac vice forthcoming*)
Caitlin E. Grusauskas (*pro hac vice forthcoming*)
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: twells@paulweiss.com
Email: dtoal@paulweiss.com
Email: ycleary@paulweiss.com
Email: cgrusauskas@paulweiss.com

*Attorneys for Defendant EXXON MOBIL CORPORATION*