## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| COMMONWEALTH OF PUERTO RICO,<br><br>Plaintiff,<br><br>v.<br><br>EXXON MOBIL CORPORATION; BP P.L.C.; CHEVRON CORPORATION; CHEVRON PHILLIPS CHEMICAL PUERTO RICO CORE, LLC; CONOCOPHILLIPS; SHELL PLC; STATION MANAGERS OF PUERTO RICO, INC.; TOTALENERGIES; and TOTALENERGIES MARKETING PR CORP.,<br><br>Defendants. | Case No. 3:24-cv-01393-ADC |

### TOTALENERGIES SE'S SPECIAL APPEARANCE
### LIMITED TO CONSENTING TO NOTICE OF REMOVAL

TO THE HONORABLE COURT:

COMES NOW Defendant TotalEnergies SE ("TotalEnergies"), through its undersigned counsel, and without submitting to this Court's *in personam* jurisdiction and reserving all defenses and objections, respectfully states as follows:

1. On August 30, 2024, defendant Chevron Corporation filed a Notice of Removal, thereby removing the above-captioned case to this Court pursuant to 28 U.S.C. §§ 1367(a), 1369, 1441, 1442, and 1446. (ECF No. 1).

2. TotalEnergies hereby notifies this Court of its consent to the Notice of Removal filed by Chevron Corporation.

3.     TotalEnergies expressly reserves all rights and defenses, including but not limited to defenses under Fed. R. Civ. P. 12(b), and any other defense, affirmative defense, or objection, including those related to venue, personal jurisdiction, sufficiency of process, and/or sufficiency of service of service of process. The filing of this notice is subject to and without waiver of any such defenses or objections.

WHEREFORE, Defendant TotalEnergies SE respectfully requests that this Court take notice of the foregoing.

CERTIFICATE OF SERVICE: We hereby certify that on this date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record in this case.

Dated: October 18, 2024                                        Respectfully submitted.

/s/ Lee R. Sepulvado Ramos
Lee R. Sepulvado Ramos (Bar No. 211912)
Albéniz Couret Fuentes (Bar No. 222207)
Gerardo J. Cruz Ortiz (Bar No. 307011)
SEPULVADO, MALDONADO & COURET
AON Center, Suite 990
304 Ponce de León Avenue
San Juan, Puerto Rico 00918
Tel.: (787) 765-5656
Fax: (787) 294-0073
lsepulvado@smclawpr.com
acouret@smclawpr.com
gcruz@smclawpr.com

-and-

KIRKLAND & ELLIS LLP
Anna G. Rotman (*pro hac vice*)
Kenneth A. Young (*pro hac vice*)
Allyson C. Arias (*pro hac vice*)
609 Main Street
Houston, TX 77002
Tel.: +1 (713) 836-3600
Fax: +1 (713) 836-3601

                                                anna.rotman@kirkland.com
                                                kenneth.young@kirkland.com
                                                ally.arias@kirkland.com

*Attorneys for Defendant TotalEnergies SE*