**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| COMMONWEALTH OF PUERTO RICO, through its Attorney General,<br><br>Plaintiff,<br><br>v.<br><br>EXXON MOBIL CORPORATION; BP P.L.C.; CHEVRON CORPORATION; CHEVRON PHILLIPS CHEMICAL PUERTO RICO CORE, LLC; CONOCOPHILLIPS; SHELL PLC; STATION MANAGERS OF PUERTO RICO, INC.; TOTALENERGIES; and TOTALENERGIES MARKETING PR CORP.,<br><br>Defendants. | Civil Action No. 3:24-cv-01393<br><br>Hon. Aida M. Delgado-Colon |

### NOTICE OF FILING EXHIBITS TO *DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO PLAINTIFF'S MOTION TO REMAND*

TO THE HONORABLE COURT:

COMES NOW Defendant Chevron Corporation, through the undersigned counsel, and respectfully states and prays as follows:

1. Today Defendants Chevron Corporation, Exxon Mobil Corporation, Shell plc, Station Managers of Puerto Rico, Inc., TotalEnergies SE, TotalEnergies Marketing PR Corp., ConocoPhillips, Chevron Phillips Chemical Puerto Rico Core LLC and BP p.l.c. filed their *Notice of Supplemental Authority in Opposition to Plaintiff's Motion to Remand* (the "Notice," Dkt. No. 101).

2. The Notice refers to Exhibits 1 and 2. *See* Dkt. No. 101, at 1.

3. Said exhibits inadvertently were not filed together with the Notice. Accordingly, they are filed herewith.

WHEREFORE, Defendants respectfully request that this Honorable Court take notice of the

foregoing and accept Exhibits 1 and 2 submitted herewith as if filed with the Notice.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 24th day of February 2025.

**CERTIFICATE OF SERVICE:** I, Roberto C. Quiñones-Rivera, certify that, on the above date, I filed this document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the system.

By: */s/ Roberto C. Quiñones-Rivera*
Roberto C. Quiñones-Rivera
USDC-PR Bar No. 211512
Eduardo A. Zayas-Marxuach
USDC-PR Bar No. 216112
Myrgia M. Palacios-Cabrera
USDC-PR Bar No. 230807
**MCCONNELL VALDÉS LLC**
P.O. Box 364225
San Juan, PR 00936-4225
Telephone:  787-250-2631
Facsimile:  787-474-9201
Email: rcq@mcvpr.com
Email: ezm@mcvpr.com
Email: mpc@mcvpr.com

**GIBSON, DUNN & CRUTCHER LLP**
Theodore J. Boutrous, Jr., *pro hac vice forthcoming*
tboutrous@gibsondunn.com
William E. Thomson, *pro hac vice forthcoming*
wthomason@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

Joshua D. Dick, *pro hac vice forthcoming*
jdick@gibsondunn.com
555 Mission Street
San Francisco, CA 94105
Telephone: 415.393.8200
Facsimile: 415.374.8451

Thomas G. Hungar, *pro hac vice forthcoming*
thungar@gibsondunn.com
1050 Connecticut Ave., N.W.
Washington, DC 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539

*Attorneys for Defendant Chevron Corporation*