# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| COMMONWEALTH OF PUERTO RICO, through its Attorney General,<br><br>Plaintiff,<br><br>v.<br><br>EXXON MOBIL CORPORATION; BP P.L.C.; CHEVRON CORPORATION; CHEVRON PHILLIPS CHEMICAL PUERTO RICO CORE, LLC; CONOCOPHILLIPS; SHELL PLC; STATION MANAGERS OF PUERTO RICO, INC.; TOTALENERGIES; and TOTALENERGIES MARKETING PR CORP.,<br><br>Defendants. | Civil Action No. 3:24-cv-01393<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE CASE PURSUANT TO F.R.C.P. 41(A)(1)(A)(i)**<br><br>Hon. Aida M. Delgado-Colon<br><br>Action Filed: July 15, 2024 |

**TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL**, please take notice that Plaintiff the Commonwealth of Puerto Rico voluntarily dismisses this entire case without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). No defendant has served an answer or a motion for summary judgment in this proceeding. Dismissal without prejudice is therefore appropriate without a court order. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

RESPECTFULLY SUBMITTED

**I CERTIFY**: That on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify case participants appearing in said system.

In San Juan, Puerto Rico, this 2nd day of May, 2025.

By: S/ José A. Andréu Fuentes
José A. Andréu Fuentes
**BUFETE ANDRÉU & SAGARDÍA**
261 Ave. Domenech
San Juan, P.R. 00918-3518
Tel: (787) 754-1777

Email: jaf@andreu-sagardia.com

**SHER EDLING LLP**
Victor M. Sher (*pro hac vice*)
Matthew K. Edling (*pro hac vice*)
Katie H. Jones (*pro hac vice*)
Chase S. Whiting (*pro hac vice*)
Anthony M. Tohmé (*pro hac vice*)
100 Montgomery St., Ste. 1410
San Francisco, CA 94104
Tel: 628-231-2500
Fax 628-231-2929
Email: vic@sheredling.com
matt@sheredling.com
katie@sheredling.com
cwhiting@sheredling.com
anthony@sheredling.com

*Attorneys for the Commonwealth of Puerto Rico*