# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**COMMONWEALTH OF PUERTO RICO,**
    Plaintiff,

    v.

**EXXON MOBIL CORPORATION et al,**
    Defendants.

Civ. No. 24-01393 (ADC)

## JUDGMENT

The Court, through the Honorable Aida M. Delgado-Colón, U.S. District Judge, issued its Order on May 6, 2025, at Docket No. 122.

Pursuant to the Court's Order, Judgment is hereby entered accordingly.

The case is hereby **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED AND ADJUDGED**.

In San Juan, Puerto Rico, on this 8th day of May 2025.

    ADA I. GARCIA-RIVERA, CPA, ESQ.
    Clerk of the Court

    By: *S/Verónica S. Otero-Rivera*
        Verónica S. Otero-Rivera
        Courtroom Deputy Clerk